IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES T. ROBINSON,

    Petitioner,

v.                                                             CASE NO. 4:05cv83-MMP/AK

JAMES MOORE,

    Respondent.

_____/

## REPORT AND RECOMMENDATION

By prior order, the Court ordered Petitioner to show cause why the undersigned should not recommend to the district judge that this cause be dismissed for failure to prosecute and for failure to obey an order of the Court pursuant to Fed. R. Civ. P. 41(b) after he failed to pay the $5.00 filing fee or to file an application for leave to proceed *in forma pauperis.*

To date, Petitioner has not contacted the Court in any manner, and thus, the Court has no hesitation in recommending dismissal of this case.

It is therefore respectfully **RECOMMENDED** that this cause be **DISMISSED** pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute and to obey an order of the Court.

**IN CHAMBERS** at Gainesville, Florida, this   **20th**   day of July, 2005.

                                                     **s/ A. KORNBLUM**
                                                     **ALLAN KORNBLUM**
                                                     **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**