IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES T ROBINSON,

    Petitioner,

v.                                CASE NO. 4:05-cv-00083-MP-AK

JAMES MOORE,

    Respondent.

_____/

**O R D E R**

This matter is before the Court on Doc. 6, Report and Recommendations of Magistrate Judge Kornblum, recommending that Doc. 1, Petition for Writ of Habeas Corpus, be dismissed pursuant to Fed. R. Civ. P. 41(b) . The Magistrate Judge filed the Report and Recommendation Wednesday, July 20, 2005. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made. Having considered the Report and Recommendation and lack of objections thereto timely filed, I have determined that the Report and Recommendation should be ADOPTED.

    **ORDERED AND ADJUDGED:**

1.     The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     Petitioner's Petition for Writ of Habeas Corpus, Doc. 1, is DISMISSED.

**DONE AND ORDERED** this __7th__ day of September, 2005

                *s/Maurice M. Paul*
            Maurice M. Paul, Senior District Judge